Curriculum Vitae
John W. Goodpaster, Special Agent
Certified Firearms Specialist
Federal Bureau of Investigation

I, John W. Goodpaster, hereby declare and state:

1. I have been a law enforcement officer since 2000, and am currently employed as a Special Agent with the Federal Bureau of Investigation (FBI). As a Special Agent with the FBI, I am responsible for investigating a myriad of federal criminal matters, to include federal firearms violations. I also serve as the Firearms Instructor for the FBI Columbus Resident Agency, the Valdosa Resident Agency, and the Albany Resident Agency.
2. I have acquired knowledge and experience as to firearms and ammunition and the interstate nexus of firearms and ammunition, due to investigations, research, records, familiarity, conferring with other experts, training, teaching and certifications. I prepare reports and official corresondence relating to the identification, origin, and classification of firearms and ammunition under the provisions of federal firearms laws.
3. During the course of my duties, I have examined firearms and ammunition for the purpose of determining the manufacturer, model, caliber/gauge and serial number; the place of manufacturer, function and design, and/or status as related to the National Firearms Act. Part of this process has often involved the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) through the National Tracing Center, in which firearms traces concerning the manufacture and interstate/intrastate shipment of firearms were requested.
4. I am a Certified Firearms Specialist, which certification was received through the International Firearms Specialist Academy, and have received formal law enforcement training as it pertains to firearms handling, manipulation, nomenclature, place of manufacture, and to the recognition and identification of firearms and ammunition. This training includes, but is not limited to the following:
    a. Georgia Bureau of Investigation (GBI) Academy (Georgia Peace Officer Standards and Training certified) – 2000
    b. GBI Firearms Instructor Certification – 2003
    c. Georgia POST General Instructor Certification – 2003
    d. GLOCK Armorer's Course – 2003
    e. GBI Rifle Course – 2003
    f. FBI Academy - 2005
    g. FBI Firearms Instructor Certification – 2018
    h. International Firearms Specialist Academy - 2019
    i. Certified Firearms Specialist Certification – 2019
    j. Daniel Defense M4 Armorer's Course – 2021
    k. Instructor M4 Carbine Course – Quantico – 2022
    l. Pistol Mounted Optic Transition Course - 2022

5. I have also personally visited and/or toured the following firearm facilities:
   - Glock, Inc., Smyrna, Georgia
   - Heckler & Koch, Columbus, Georgia
   - Daniel Defense, Black Creek, Georgia
6. Additionally, I have a personal interest in the history, collection, sporting, and professional use of firearms and ammunition. I have also accumulated personal reference materials related to firearms and ammunition in order to remain familiar with firearms and friearms trends. I maintain current information regarding a historical list of licensed U.S. and foreign manufacturers, importers, and distributors, as well as common firearms proof marks utilized by numberous foreign contries.
7. Throughout my law enforcement career, I have attended several firearms courses and/or classes pertaining to the safe handling, firing and cleaning of different types of firearms, including, but not limited to: Colt, Daniel Defense, Glock, Heckler and Koch, Remington, Sig-Sauer, and Smith and Wesson.

_____
John W. Goodpaster
Certified Firearms Specialist
February 24, 2023