FD-302 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION



Date of entry    02/13/2023

**Firearms Examination:**

On February 10, 2023, FBI Special Agent (SA) John W. Goodpaster received photographs of the following firearms from FBI SA Craig Bailey of the FBI Valdosta Resident Agency, for the purpose of determining the origin of the firearms and establishing interstate nexus.

Exhibit 1:  Taurus, model G3c, 9mm semi-automatic pistol, serial number, ABH853441.



Investigation on  02/10/2023  at  Columbus, Georgia, United States (Email)

File #  266T-AT-3659006, 281D-HQ-C1147186-FirearmsNexus          Date drafted  02/10/2023

by  John W. Goodpaster

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

USAO_000484

266T-AT-3659006

Continuation of FD-302 of (U) Firearms Interstate Nexus Examination , On 02/10/2023 , Page 2 of 6



Exhibit 2: Smith and Wesson, model SD40 VE, .40 S&W caliber, semi-automatic pistol, serial number, FCR1434.



266T-AT-3659006
Continuation of FD-302 of (U) Firearms Interstate Nexus Examination , On 02/10/2023 , Page 3 of 6



Exhibit 3: Smith and Wesson, model M&P 15-22, .22 long rifle caliber, semi-automatic rifle, serial number, DEH2000.



266T-AT-3659006
Continuation of FD-302 of  (U) Firearms Interstate Nexus Examination   , On  02/10/2023  , Page  4 of 6



Exhibit 4:  Armelegant, model ANG 4, 12 gauge, semi-automatic shotgun, serial number, 52-H21YD-8612.



266T-AT-3659006

Continuation of FD-302 of  (U) Firearms Interstate Nexus Examination  , On  02/10/2023  , Page  5 of 6



Exhibit 5:  Henry, model H006 (Big Boy), .44 Remington Magnum caliber, lever-action rifle, serial number, BB0149861.





FD-302a (Rev. 5-8-10)

266T-AT-3659006

Continuation of FD-302 of (U) Firearms Interstate Nexus Examination, On 02/10/2023, Page 6 of 6

The firearms were additionally researched by referencing the *Blue Book of Gun Values (Forty-First Edition)*. This reference is widely known and used by both law enforcement and civilian firearms experts to obtain information about firearms concerning their respective manufacturers, and other matters of interest.

**Findings:**

Based upon the review of the photographs, in conjunction with the research, knowledge and experience of SA Goodpaster:

Exhibit 1 was manufactured by Taurus Armas in Brazil, and imported by Taurus International Mfg., Inc., Bainbridge, Georgia.

Exhibit 2 was manufactured by Smith and Wesson in Springfield, Massachusetts.

Exhibit 3 was manufactured by Smith and Wesson in Springfield, Massachusetts.

Exhibit 4 was manufactured by Armelegant Firearms in Konya, Turkey, and imported by SDS Imports, Knoxville, Tennessee.

Exhibit 5 was manufactured by Henry Repeating Arms Company in Bayonne, New Jersey.

The aforementioned exhibits are firearms as defined in Title 18, United States Code, Chapter 44, Section 921(a)(3), and were not manufactured in the state of Georgia. Furthermore, if these firearms were received and/or possessed in the state of Georgia, they traveled in, or affected interstate and/or foreign commerce.