FILED at _____
_____, 20___
_____
Courtroom Deputy
U.S. District Court
Middle District of Georgia

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

UNITED STATES OF AMERICA, :
: CRIM. NO. 1:23-CR-11
vs. :
:
JOSHUA COLSTON, :
:
Defendant. :
:

## CHANGE OF PLEA

I, JOSHUA COLSTON, having been advised of my Constitutional rights, and having had the charges herein stated to me, and pursuant to a written plea agreement, now plead **Guilty** to Count ___1___ of the Indictment, this 18th day of October, 2023.

I also acknowledge the fact the Court is required to consider any applicable advisory sentencing guideline when imposing sentence in this case.

_____
JOSHUA COLSTON
DEFENDANT

_____
Danisha L. McClary
ATTORNEY FOR DEFENDANT

_____
WILL KEYES
ASSISTANT UNITED STATES ATTORNEY